■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DAVIS, Appellant. [733 NYS2d 29] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered October 23, 1998, convicting defendant, after a jury trial, of robbery in the second degree and grand larceny in the fourth degree, and sentencing him to concurrent terms of 7½ to 15 years and 1⅓ to 4 years, respectively, unanimously affirmed.

There was legally sufficient evidence to support the element of physical injury required for robbery in the second degree (Penal Law § 10.00 [9]; § 160.10 [2] [a]), and the verdict was not against the weight of the evidence with respect to that element (*see, People v Brown,* 145 AD2d 301, 302, *lv denied* 73 NY2d 1012). The victim testified as to her substantial pain and impairment of physical condition (*People v Valentine,* 212 AD2d 399, *lv denied* 85 NY2d 944). Concur—Rosenberger, J. P., Williams, Ellerin, Buckley and Marlow, JJ.